David C. West #3426
Chapter 7 Trustee
321 N. Mall Dr., #O-202
St. George, UT 84790
Tel. (435) 673-0790
Fax (435) 652-8269

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | Bankruptcy Case No. 08-26199 WTT |
| MARK POSTMA and | |
| KIM LEA POSTMA, | Chapter 7 |
| Debtors. |  |

**DEPOSIT OF SMALL DIVIDENDS AND UNCLAIMED FUNDS**

David C. West, the duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

1. That amounts listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

2. The funds are on deposit in Bank of New York Mellon, Account # 9200-02557958-66.

3. The claimants and amounts are as follows:

| | |
|---|---|
| Chase Bank USA NA<br>P.O. Box 15145<br>Wilmington, DE 19850-5145 | $ 3.91 |
| Chase Bank USA NA<br>P.O. Box 15145<br>Wilmington, DE 19850-5145 | $ .71 |
| Chase Bank USA NA<br>P.O. Box 15145<br>Wilmington, DE 19850-5145 | $ 3.20 |

FILED IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH
2010 JUN -7 P 2: 24
MAIL

3

| | |
|---|---|
| PYOD LLC<br>c/o Resurgent Capital Services<br>P.O. Box 19008<br>Greenville, SC 29602 | $ 3.83 |
| American Express Centurion Bank<br>Beckett & Lee LLP<br>Attorneys/Agent for Creditor<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | $ 4.08 |
| American Express Bank, FSB<br>Beckett & Lee LLP<br>Attorneys/Agent for Creditor<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | $ 1.32 |
| Qwest<br>Attn: Jane Frey<br>1801 California St. Rm 900<br>Denver, CO 80202-2658 | $ 2.14 |
| GE Money Bank<br>Care of Recovery Management Systems<br>25 SE 2nd Ave., Ste. 1120<br>Miami, FL 33131 | $ .64 |
| GE Money Bank<br>Care of Recovery Management Systems<br>25 SE 2nd Ave., Ste. 1120<br>Miami, FL 33131 | $ 2.39 |

4. A check in the amount of $22.22, representing said small dividends and unclaimed funds, made payable to the Clerk, United States Bankruptcy Court is attached hereto.

DATED: June 2, 2010.

*David C. West* (signature)
David C. West, Trustee

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Deposit of Small Dividends and Unclaimed Funds to the parties listed below by depositing the same in the United States mail, postage prepaid, this 2nd day of June, 2010.

U.S. Trustees Office
Ken Garff Building
405 South Main Street, Suite 300
Salt Lake City, UT 84111

_____
David C. West