David C. West #3426
Chapter 7 Trustee
321 N. Mall Dr., #O-202
St. George, UT  84790
Tel. (435) 673-0790
Fax (435) 652-8269

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 SEP 10  AM 10: 56

DISTRICT OF UTAH
MAIL

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | Bankruptcy Case No. 08-26199 WTT |
|---|---|
| MARK POSTMA and KIM LEA POSTMA, | Chapter 7 |
| Debtors. | |

## DEPOSIT OF UNCLAIMED FUNDS

David C. West, the duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

1.   That amount listed below represents unclaimed funds payable to the court pursuant to Bankruptcy Rule 3010.

2.   The following check was issued to the creditor listed below in the amount specified. The check was not cashed and the Trustee has stopped payment on it:

Check No. 1012 dated 6/2/10        Cemex                        $65.04
                                   7150 Pollock Dr.
                                   Las Vegas, NV 89119-9012

3.   A check in the amount of $65.04, representing said unclaimed funds, made payable to the Clerk, United States Bankruptcy Court is attached hereto.

DATED this 8th day of September, 2010.

David C. West, Trustee



## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Deposit of Unclaimed Funds to the parties listed

below by depositing the same in the United States mail, postage prepaid, this 8th day of September,

2010.

U.S. Trustees Office
Ken Garff Building
405 South Main Street, Suite 300
Salt Lake City, UT 84111

_David C. West_

David C. West

2